**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Brandon Adams
_____

2701 North Rainbow Blvd #2095
_____

Las Vegas, NV 89108
_____
    _(In the space above enter the full name(s) of the plaintiff(s).)_

**- against -**

Michelle A. Henry (Attorney General)
_____

Patricia S. Dodszuweit (Clerk of Court)
_____

George V. Wylesol (Clerk of Court)
_____

Randall C. Lohan (Clerk of Court)
_____

_____

_____

_____

_____

_____

_____

_____
_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**COMPLAINT**

Jury Trial: ☒ Yes    ☐ No

(check one)

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | Brandon Adams |
|---|---|---|
| | Street Address | 2701 North Rainbow Blvd #2095 |
| | County, City | Clark , Las Vegas |
| | State & Zip Code | Nevada 89108 |
| | Telephone Number | 725-248-1937 |

_Rev. 10/2009_

B.      List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name Michelle A. Henry (Attorney General)

Street Address Strawberry Square

County, City Harrisburg

State & Zip Code PA 17120


Defendant No. 2

Name Patricia S. Dodzuweit (Clerk of Court)

Street Address 21400 U.S. Courthouse 601 Market Street

County, City Philadelphia

State & Zip Code PA 19106-1790


Defendant No. 3

Name George V. Wylesol (Clerk of Court)

Street Address 601 Market Street

County, City Philadelphia

State & Zip Code PA 19106


Defendant No. 4

Name Randall C. Lohan (Clerk of Court)

Street Address 844 North King St Unit 18

County, City Wilmington

State & Zip Code DE 19801-3570


## II.      Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*
          ☑ Federal Questions              ○  Diversity of Citizenship


B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at

issue? Fifth, Seventh, & Fourteenth Amendment,Article VI  Supreme Law Clause 2 Supremacy Clause

Rule 46. Objecting to a Ruling or Order,Rule 21. Writs of Mandamus and Prohibition, and Other Extraordinary Writs,Dairy Queen, Inc. v. Wood, 369 U.S. 469 (1962)

Howlett v. Rose, 496 U.S. 356 (1990) Ryland v. Shapiro, 708 F.2d 967 (5th Cir. 1983) Simmons v. Abruzzo, 49 F.3d 83 (2d Cir. 1995)

*Rev. 10/2009*                                      - 2 -

C.        If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.        Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.        Where did the events giving rise to your claim(s) occur? Case: 23-2267 Document: 28 Page: 1 Date Filed: 03/04/2024

Case: 23-2439 Document: 18 Page: 3 Date Filed: 03/06/2024

B.        What date and approximate time did the events giving rise to your claim(s) occur? _____

Case: 23-2439 Document: 8 Page: 1 Date Filed: 08/31/2023

Case 1:23-cv-00479-CFC Document 25 Filed 09/16/24 Page 1 of 7 PageID #: 102

What happened to you?

C.        Facts: Case 2:23-cv-01626-MAK Document 215 Filed 11/21/24 Page 1 of 13

Case 2:23-cv-01626-MAK Document 197 Filed 11/07/24 Page 1 of 4

Adams v. Navient Writ of Quo Warranto served June 24,2024 Rule 21. Writs of Mandamus and Prohibition, and Other Extraordinary Writs

Rule 25. Filing and Service

https://www.consumerfinance.gov/about-us/newsroom/cfpb-bans-navient-from-federal-student-loan-servicing-and-orders-the-company-to-pay-120-million-for-wide-ranging-student-lending-failures/

15 U.S. Code § 1681 - Congressional findings and statement of purpose
Case: 23-2439 Document: 13 Page: 13 Date Filed: 02/15/2024

Who did what?

Case: 23-2439 Document: 13 Page: 19 Date Filed: 02/15/2024

Court of Appeals continues to leave Navient on Experian Credit report and won't remove

Court of Appeals and Michelle A. Henry continues to Violate Rule 21 by not filing Writ of

Quo Warranto and Petition leave court to file writ of quo Warranto

Was anyone else involved?

Allowing Transunion and Experian to leave Navient, Merrick Bank and Portfolio Recovery on my credit report and damage to credit and access or dispute credit and get credit report

Case: 23-2267 Document: 28 Page: 7 Date Filed: 03/04/2024 Mark A Kearney Color of Law Form

28 U.S. Code § 1691 - Seal and teste of process

Case 2:23-cv-01626-MAK Document 92 Filed 07/12/24 Page 1 of 1 George V. Wylesol

Case 2:23-cv-01626-MAK Document 141 Filed 09/16/24 Page 1 of 11 Rule 46 Objection

Who else saw what happened?

Case 2:23-cv-01626-MAK Document 143 Filed 09/23/24 Page 1 of 2 Rule 46 Objection

Case 2:23-cv-01626-MAK Document 164 Filed 11/03/24 Page 1 of 10 Writ of QUO Warranto

Case 2:23-cv-01626-MAK Document 89 Filed 06/24/24 Page 1 of 10 Writ of Quo Warranto

*Rev. 10/2009*                                        - 3 -

_____

**IV.      Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Violatons of Fifth Amendment Due Process, Separation of Powers

Damage to Credit without Compensation under Fifth Amendment, Violation of Right to

Seventh Amendment Jury Trial and Slander on Public Record

Simmons v. Abruzzo, 49 F.3d 83 (2d Cir. 1995)

Case 2:23-cv-01626-MAK Document 188 Filed 11/06/24 Page 1 of 1 Michelle A Henry Color of Law Form

_____
_____
_____
_____
_____

**V.      Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Grant $250,000 against Navient and remove Navient off Credit Report

Grant $250,000 against Transunion and remove block and update off credit and credit score

Remove Dispute block off CFPB, Experian, and Equifax and Transunion

Sign and Seal Writ of Quo Warranto and Grant Relief in Writ of Quo warranto

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

- 5 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 23___ day of November_____ , 20 24___ .

Signature of Plaintiff _____

Mailing Address 2701 North Rainbow Blvd#2095_____

Las Vegas, NV 89108_____

_____

Telephone Number 725-248-1937_____

Fax Number *(if you have one)* _____

E-mail Address _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern  District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

Case 2:24-cv-06295-MAK    Document 1    Filed 11/23/24    Page 6 of 15

 **(cfpb.gov/)**

# CFPB Bans Navient from Federal Student Loan Servicing and Orders the Company to Pay $120 Million for Wide-Ranging Student Lending Failures

*Order would put an end to Navient's years of abuse of students and taxpayers in the federal student loan program*

**SEP 12, 2024**

**WASHINGTON, D.C.** – Today, the Consumer Financial Protection Bureau (CFPB) filed a **proposed order** (cfpb.gov/enforcement/actions/navient-corporation-navient-solutions-inc-and-pioneer-credit-recovery-inc/) against the student loan servicer Navient for its years of failures and lawbreaking. If entered by the court, the proposed order would permanently ban the company from servicing federal **Direct Loans** ⧉ (https://studentaid.gov/understand-aid/types/loans) and would forbid the company from directly servicing or acquiring most loans under the **Federal Family Education Loan Program** ⧉ (https://studentaid.gov/help-center/answers/article/ffel-program). These bans would largely remove Navient from a market where it, among other illegal actions, steered numerous student loan borrowers into costly repayment options. Navient also illegally deprived student borrowers of opportunities to enroll in more affordable **income-driven repayment plans** (cfpb.gov/askcfpb/1555) and forced them to pay much more than they should have. Under the terms of the order, Navient would have to pay a $20 million penalty and provide $100 million in redress for harmed borrowers.

"For years, Navient's top executives profited handsomely by exploiting students and taxpayers," said CFPB Director Rohit Chopra. "By banning the notorious student loan giant from federal student loan servicing and ensuring the winddown of these operations, the CFPB will finally put an end to the years of abuse."

"I applaud the CFPB for obtaining concrete relief for borrowers and deterring similar failures in the future," said U.S. Under Secretary of Education James Kvaal. "Today's action builds on the Biden-Harris Administration's work to hold loan servicers accountable and protect borrowers, including more than 1 million borrowers who have received debt relief by fixing

Case 2:24-cv-06295-MAK    Document 1    Filed 11/23/24    Page 7 of 15

past failures to properly track progress toward forgiveness, such as correcting harms from forbearance steering."

The CFPB's investigation of Navient kicked off a series of efforts by state and federal agencies to examine forbearance steering and other breakdowns in the income-driven repayment program. Those efforts have resulted in more than $50 billion ☑ (https://www.ed.gov/news/press-releases/biden-harris-administration-takes-next-step-toward-additional-debt-relief-tens-millions-student-loan-borrowers-fall) in debt relief for more than 1 million borrowers who were wrongly steered into forbearance, as well as those who had payments miscounted. Today's order complements actions already taken by the Department of Education and state attorneys general to provide redress to borrowers harmed by Navient.

Navient (NASDAQ: NAVI) is headquartered in Herndon, Virginia, and was formerly known as Sallie Mae. At the time of the CFPB's lawsuit (cfpb.gov/about-us/newsroom/cfpb-sues-nations-largest-student-loan-company-navient-failing-borrowers-every-stage-repayment/) in 2017, Navient was the largest student loan servicer in the United States. It serviced student loans of more than 12 million borrowers, including more than 6 million accounts under its contract with the Department of Education. Altogether, it serviced more than $300 billion in federal and private student loans. During the period covering the CFPB's lawsuit, the company was led by CEO Jack Remondi. Remondi orchestrated the launch of Navient out of Sallie Mae. Since the launch of Navient, the company's performance has lagged others in the industry. Last year, Navient's board of directors replaced Remondi and began to transition the company away from its sordid history.

The CFPB sued Navient for failing borrowers at every stage of repayment. The lawsuit alleges that Navient steered borrowers who may have qualified for income-driven repayment plans into forbearance instead. This practice was cheaper and simpler for Navient, but detrimental to borrowers. By steering struggling borrowers into forbearance – where interest continues to accrue and capitalize – Navient's illegal actions led numerous borrowers to pay additional interest charges.

Navient is a repeat offender with a long history of regulatory violations. After a referral from the CFPB, in 2014, the Department of Justice ☑ (https://www.justice.gov/opa/pr/nearly-78000-service-members-begin-receiving-60-million-under-department-justice-settlement) and the Federal Deposit Insurance Corporation ☑ (https://archive.fdic.gov/view/fdic/4897) ordered Navient and its predecessor, Sallie Mae, to pay almost $100 million for illegally overcharging nearly 78,000 servicemembers. In 2021, the Department of Education ☑ (https://oha.ed.gov/oha/files/2021/01/2016-42-SA-S.pdf) ordered Navient to return more than $22 million in overcharges. In 2022, 39 state attorneys general announced a $1.85 billion settlement ☑ (https://www.navientagsettlement.com/) with Navient for originating predatory student loans in addition to its forbearance steering practices.

In 2021, Navient's contract ☑ (https://www.nasfaa.org/news-item/26154/Navient_to_Stop_Servicing_Student_Loans_Impacting_Nearly_6_Million_Borrowers) with the Department of Education to service Direct Loans finally ended. Navient announced in early 2024 that it intended to transfer the servicing of its remaining loans to another servicer. The CFPB's

order would ensure that Navient can never harm federal student loan borrowers at scale by getting back into the business of directly servicing federal student loans or growing its Federal Family Education Loan Program loan portfolio.

Navient violated the Consumer Financial Protection Act, the Fair Credit Reporting Act, and the Fair Debt Collection Practices Act. In addition to its unlawful steering activities, the CFPB alleges Navient harmed student loan borrowers by:

- **Misleading borrowers about income-driven repayment plans:** Navient failed to adequately notify borrowers who enrolled in income-driven repayment plans about the requirement to annually recertify their enrollment. Borrowers were not properly notified that submitting an incorrect or incomplete application to recertify their enrollment could lead to an increase in their monthly payments and delay loan cancellation.

- **Botching payment processing:** Many borrowers had multiple student loans with varying interest rates and monthly payments. When borrowers made payments meant to cover multiple loans, Navient misallocated payments. Navient also misapplied payments made to a particular loan. These errors resulted in late fees, interest accrual, and negative credit reporting.

- **Harming the credit of disabled borrowers, including severely injured veterans:** Navient tarnished the credit reports of borrowers who had received a discharge on their federal student loans due to a total and permanent disability.

- **Deceiving borrowers about Navient's requirements for cosigner release:** Navient made representations to private loan borrowers that if they paid down their loans in a certain way, they could apply for their cosigners to be released. But Navient did not honor those representations for some borrowers.

- **Misleading borrowers about improving credit scores and the consequences of federal student loan rehabilitation:** For federal student loan borrowers whose loans went into default, Navient's debt collection arm promised credit reporting relief to borrowers if they completed a rehabilitation program. Navient failed to deliver on all of the promised relief.

# Enforcement Action

Under the Consumer Financial Protection Act, the CFPB has the authority to take action against institutions violating consumer financial protection laws, including engaging in unfair, deceptive, or abusive acts or practices.

If entered by the court, the CFPB's order bans Navient from most federal student loan activities. Navient would no longer be able to service federal Direct Loans and, with certain limited exceptions, no longer be able to acquire Federal Family Education Loan Program loans. Navient would also be banned from conducting consumer-facing servicing activities for the Federal Family Education Loan Program. Where Navient is the master servicer for any remaining Federal Family Education Loan Program loans, the order requires Navient to take

a series of steps to help ensure borrowers' rights are protected, including the right to enroll in more affordable repayment plans.

The order also requires Navient to:

- **Pay $100 million redress to consumers:** Navient will be required to provide $100 million in redress for affected consumers.

- **Pay a $20 million penalty:** Navient will pay $20 million into the CFPB's victims relief fund (cfpb.gov/enforcement/payments-harmed-consumers/civil-penalty-fund/).

Read the proposed order (cfpb.gov/enforcement/actions/navient-corporation-navient-solutions-inc-and-pioneer-credit-recovery-inc/).

# Borrower Relief

The CFPB will mail checks to consumers who are eligible to obtain redress under the settlement. Consumers do not need to do anything to obtain redress and should be aware of scammers that may try to use CFPB employees' names and imagery to try to steal money or private information. The CFPB will never require consumers to pay money to obtain redress, nor will we ask for additional information before consumers can cash a redress check that we've issued. On the CFPB's webpage, consumers can obtain general information about CFPB redress checks (cfpb.gov/about-us/blog/got-check-mail-cfpb-heres-how-tell-if-its-legit/) and more information about how to avoid potential scams (cfpb.gov/about-us/blog/beware-of-scammers-pretending-to-be-from-the-cfpb/).

Since 2013, the CFPB has supervised (cfpb.gov/about-us/newsroom/cfpb-to-oversee-nonbank-student-loan-servicers/) the student loan market for risks to consumers. In addition to the Navient enforcement action, the CFPB has engaged in a range of supervisory work ⬇ (https://files.consumerfinance.gov/f/documents/cfpb_supervisory-highlights_issue-24_2021-06.pdf) on the failures in the income-driven repayment system, in partnership with the Department of Education, state enforcement agencies, and banking regulators. This work has identified the shoddy student loan servicing ⬇ (https://files.consumerfinance.gov/f/201509_cfpb_student-loan-servicing-report.pdf) that has derailed borrowers from making progress toward loan cancellation under existing federal programs, including income-driven repayment. This work was instrumental to a 2022 announcement (cfpb.gov/about-us/blog/ffelp-student-loan-borrowers-take-full-advantage-of-fixes-to-income-driven-repayment/) by the Department of Education to implement a fix to correct the failures of servicers and to help borrowers receive or move closer to loan cancellation.

Learn more about the information and resources the CFPB has available for consumers considering student loans and for consumers with student loans. (cfpb.gov/consumer-tools/student-loans/)

Read consumer complaints about Navient. (cfpb.gov/data-research/consumer-complaints/search/?date_received_max=2024-07-17&date_received_min=2011-12-01&page=1&search

CFPB Bans Navient from Federal Student Loan Servicing and Orders the Company to Pay $120 Million for Wide-Ranging Student …

Field=all&searchText=navient&size=25&sort=created_date_desc&tab=List)

**Read consumer complaints about student loan servicing.** (cfpb.gov/data-research/consume
r-complaints/search/?chartType=line&dateInterval=Month&dateRange=All&date_received_
max=2024-07-18&date_received_min=2011-12-01&lens=Product&product=Student%20lo
an%E2%80%A2Federal%20student%20loan%20servicing&searchField=all&searchText=stu
dent%20loans&subLens=sub_product&tab=Trends)

Consumers can submit complaints about financial products and services, including student
loans and student servicing, by visiting the CFPB's website (cfpb.gov/complaint/) or by
calling (855) 411-CFPB (2372).

Employees who believe their company has violated federal consumer financial protection
laws are encouraged to send information about what they know to
whistleblower@cfpb.gov. To learn more about reporting potential industry misconduct, visit
the CFPB's website (cfpb.gov/enforcement/information-industry-whistleblowers/).

---

*The Consumer Financial Protection Bureau is a 21st century agency that implements and
enforces Federal consumer financial law and ensures that markets for consumer financial
products are fair, transparent, and competitive. For more information, visit
www.consumerfinance.gov (http://www.consumerfinance.gov/).*

## Topics

- **FINANCIAL SERVICE PROVIDERS** (CFPB.GOV/ABOUT-US/NEWSROOM/?TOPICS=FINANCIAL-SERVICE-PRO
VIDERS)

- **STUDENT LOANS** (CFPB.GOV/ABOUT-US/NEWSROOM/?TOPICS=STUDENT-LOANS)

- **CREDIT REPORTS AND SCORES** (CFPB.GOV/ABOUT-US/NEWSROOM/?TOPICS=CREDIT-REPORTS-AND-SC
ORES)

- **DECEPTIVE PRACTICES** (CFPB.GOV/ABOUT-US/NEWSROOM/?TOPICS=DECEPTIVE-PRACTICES)

- **ENFORCEMENT** (CFPB.GOV/ABOUT-US/NEWSROOM/?TOPICS=ENFORCEMENT)

---

## PRESS INFORMATION

If you want to republish the article or have questions about the
content, please contact the press office.

Go to press resources page (cfpb.gov/about-us/newsroom/press-resources/)

🇺🇸 An official website of the United States government

Form **COL**

# Violation Warning
## Denial of Rights Under Color of Law

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| Brandon Adams<br>2701 North Rainbow Blvd #2095<br>Las Vegas, NV 89108 | U.S. District Court District of Delaware<br>Randall C. Lohan Clerk of Court<br>844 North King St Unit 18<br>Wilmington, DE 19801-3570 |

Citizen's statement:

28 U.S. Code § 1691 - Seal and teste of process Writ of Mandamus Case 1:23-cv-00479-CFC Document 21 Filed 11/14/23 Page 1 of 7 PageID #: 83 & Writ of Quo Warranto July 10, 2024 Howlett v. Rose, 496 U.S. 356 (1990) SEC v. Jarkesy, 603 U.S. ___ (2024) Article VI  Supreme Law Clause 2 Supremacy Clause

I certify that the forgoing information stated here is true and correct.

**Citizen's signature**

▶        *Brandon Adams*                                              | Date ▶ 07/12/2024

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Constitutional Rights of a citizen under the Color of Law.  You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to **coerce** or **deceive** a citizen to surrender his **Constitutional Rights** is a **Federal Crime**.  Federal Courts have found that your ignorance of the law is no excuse.

**18 USC §242** provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or  may be sentenced to death.

**18 USC §245** provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both, and if death results or if such acts include  kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be subject to imprisonment for any term of years or for life or  may be sentenced to death.

**42 USC §1983** provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages.  Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**

I, _____certify that I personally delivered this notice to above named recipient

and address on _____at _____(am/pm).

Public Domain—Privacy Form COL(02)

SEC v. Jarkesy, 603 U.S. ___ (2024)

| Form **COL** | **Violation Warning** |
| | **Denial of Rights Under Color of Law** |
| | ▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983 |

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| Brandon Adams<br>2701 North Rainbow Blvd #2095<br>Las Vegas, NV 89108 | U.S. C.O.A for the Third Circuit<br>Patricia S. Dodszuweit<br>601 Market Street<br>Philadelphia, PA 19106-1790 |

Citizen's statement:

Violation 28 U.S. Code § 1691 - Seal and teste of process Writ of Quo Warranto & Writ & Mandamus in cases 23-2267 & 23-2439 Howlett v. Rose, 496 U.S. 356 (1990) Article VI  Supreme Law Clause 2 Supremacy Clause Ryland v. Shapiro, 708 F.2d 967 (5th Cir. 1983) De Long v. Hennessey, 912 F.2d 1144 (9th Cir. 1990)

I certify that the forgoing information stated here is true and correct.

**Citizen's signature**

▶ *Brandon Adams*   | Date ▶ 06/25/2024

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Constitutional Rights of a citizen under the Color of Law.  You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to **coerce** or **deceive** a citizen to surrender his **Constitutional Rights** is a **Federal Crime**.  Federal Courts have found that your ignorance of the law is no excuse.

**18 USC §242** provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or  may be sentenced to death.

**18 USC §245** provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both, and if death results or if such acts include  kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be subject to imprisonment for any term of years or for life or  may be sentenced to death.

**42 USC §1983** provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages.  Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**

I, _____certify that I personally delivered this notice to above named recipient

and address on _____at _____(am/pm).

Public Domain—Privacy Form COL(02)

Form **COL**

# Violation Warning
## Denial of Rights Under Color of Law

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen | Name and address of Notice Recipient |
| --- | --- |
| Brandon Adams<br>2701 North Rainbow Blvd #2095<br>Las Vegas, NV 89108 | Attornery General Michelle A. Henry<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 |

Citizen's statement:

Violaton of 28 U.S. Code § 544 - Oath of office, Article VI  Supreme Law Clause 2 Supremacy Clause allowing 3rd Cir Court of Appeals to violate Rule 21. Writs of Mandamus and Prohibition, and Other Extraordinary Writs Cases 23-2439 and 23-2267 Ryland v. Shapiro, 708 F.2d 967 (5th Cir. 1983) Butz v. Economou, 438 U.S. 478 (1978)

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**

▶ *Brandon G. Adams*

**Date** ▶ 11/06/2024

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Constitutional Rights of a citizen under the Color of Law.  You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to **coerce** or **deceive** a citizen to surrender his **Constitutional Rights** is a **Federal Crime**.  Federal Courts have found that your ignorance of the law is no excuse.

**18 USC §242** provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or  may be sentenced to death.

**18 USC §245** provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both, and if death results or if such acts include  kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be subject to imprisonment for any term of years or for life or  may be sentenced to death.

**42 USC §1983** provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages.  Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**

I, _____certify that I personally delivered this notice to above named recipient

and address on _____at _____(am/pm).

Public Domain—Privacy Form COL(02)

(No Subject)        SEC v. Jarkesy, 603 U.S. ___ (2024)

From:  Brandon Adams (badams1273@yahoo.com)

To:    badams1273@yahoo.com          28 U.S. Code § 1691 - Seal and teste of process

Date:  Monday, June 24, 2024 at 12:39 PM PDT

Adams v Navient Writ of Quo Warranto 23-2439 & USM-285

Yahoo Mail: Search, Organize, Conquer



18 U.S. Code § 2071 - Concealment, removal, or mutilation generally
Ryland v. Shapiro, 708 F.2d 967 (5th Cir. 1983)

Case: 23-2439 Document: 14 Page: 2 Date Filed: 02/20/2024
Patricia S. Dodszuweit Color of Law Form

Case: 23-2439 Document: 16 Page: 1 Date Filed: 02/26/2024 Stephanie (sb) Color of Law Form