**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Brandon Adams

2701 North Rainbow Blvd #2095

Las Vegas, NV 89108
*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Michelle A. Henry (Attorney General)

Patricia S. Dodszuweit (Clerk of Court)

George V. Wylesol (Clerk of Court)

Randall C. Lohan (Clerk of Court)

RECEIVED
DEC - 2 2024

**COMPLAINT**

Jury Trial: ☒ Yes    ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Brandon Adams |
| | Street Address | 2701 North Rainbow Blvd #2095 |
| | County, City | Clark , Las Vegas |
| | State & Zip Code | Nevada 89108 |
| | Telephone Number | 725-248-1937 |

*Rev. 10/2009*

B.     List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name Michelle A. Henry (Attorney General)

Street Address Strawberry Square

County, City Harrisburg

State & Zip Code PA 17120

Defendant No. 2

Name Patricia S. Dodzuweit (Clerk of Court)

Street Address 21400 U.S. Courthouse 601 Market Street

County, City Philadelphia

State & Zip Code PA 19106-1790

Defendant No. 3

Name George V. Wylesol (Clerk of Court)

Street Address 601 Market Street

County, City Philadelphia

State & Zip Code PA 19106

Defendant No. 4

Name Randall C. Lohan (Clerk of Court)

Street Address 844 North King St Unit 18

County, City Wilmington

State & Zip Code DE 19801-3570

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.     What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions          ☐ Diversity of Citizenship

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Fifth, Seventh, & Fourteenth Amendment, Article VI  Supreme Law Clause 2 Supremacy Clause

Rule 46. Objecting to a Ruling or Order, Rule 21. Writs of Mandamus and Prohibition, and Other Extraordinary Writs, Dairy Queen, Inc. v. Wood, 369 U.S. 469 (1962)

Howlett v. Rose, 496 U.S. 356 (1990) Ryland v. Shapiro, 708 F.2d 967 (5th Cir. 1983) Simmons v. Abruzzo, 49 F.3d 83 (2d Cir. 1995)

*Rev. 10/2009*                                    - 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? Case: 23-2267 Document: 28 Page: 1 Date Filed: 03/04/2024

Case: 23-2439 Document: 18 Page: 3 Date Filed: 03/06/2024

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____

Case: 23-2439 Document: 8 Page: 1 Date Filed: 08/31/2023

Case 1:23-cv-00479-CFC Document 25 Filed 09/16/24 Page 1 of 7 PageID #: 102

C.    Facts: Case 2:23-cv-01626-MAK Document 215 Filed 11/21/24 Page 1 of 13

Case 2:23-cv-01626-MAK Document 197 Filed 11/07/24 Page 1 of 4

Adams v. Navient Writ of Quo Warranto served June 24,2024 Rule 21. Writs of Mandamus and Prohibition, and Other Extraordinary Writs

Rule 25. Filing and Service

https://www.consumerfinance.gov/about-us/newsroom/cfpb-bans-navient-from-federal-student-loan-servicing-and-orders-the-company-to-pay-120-million-for-wide-ranging-student-lending-failures/

15 U.S. Code § 1681 - Congressional findings and statement of purpose

Case: 23-2439 Document: 13 Page: 13 Date Filed: 02/15/2024

Case: 23-2439 Document: 13 Page: 19 Date Filed: 02/15/2024

Court of Appeals continues to leave Navient on Experian Credit report and won't remove

Court of Appeals and Michelle A. Henry continues to Violate Rule 21 by not filing Writ of

Quo Warranto and Petition leave court to file writ of quo Warranto

Allowing Transunion and Experian to leave Navient, Merrick Bank and Portfolio Recovery

on my credit report and damage to credit and access or dispute credit and get credit report

Case: 23-2267 Document: 28 Page: 7 Date Filed: 03/04/2024 Mark A Kearney Color of Law Form

28 U.S. Code § 1691 - Seal and teste of process

Case 2:23-cv-01626-MAK Document 92 Filed 07/12/24 Page 1 of 1 George V. Wylesol

Case 2:23-cv-01626-MAK Document 141 Filed 09/16/24 Page 1 of 11 Rule 46 Objection

Case 2:23-cv-01626-MAK Document 143 Filed 09/23/24 Page 1 of 2 Rule 46 Objection

Case 2:23-cv-01626-MAK Document 164 Filed 11/03/24 Page 1 of 10 Writ of QUO Warranto

Case 2:23-cv-01626-MAK Document 89 Filed 06/24/24 Page 1 of 10 Writ of Quo Warranto

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Violatons of Fifth Amendment Due Process, Separation of Powers Damage to Credit without Compensation under Fifth Amendment, Violation of Right to Seventh Amendment Jury Trial and Slander on Public Record
Simmons v. Abruzzo, 49 F.3d 83 (2d Cir. 1995)
Case 2:23-cv-01626-MAK Document 188 Filed 11/06/24 Page 1 of 1 Michelle A Henry Color of Law Form

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.
Grant $250,000 against Navient and remove Navient off Credit Report
Grant $250,000 against Transunion and remove block and update off credit and credit score
Remove Dispute block off CFPB, Experian, and Equifax and Transunion
Sign and Seal Writ of Quo Warranto and Grant Relief in Writ of Quo warranto

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 23 day of November , 2024 .

Signature of Plaintiff ___Brandon Adams___

Mailing Address 2701 North Rainbow Blvd#2095

Las Vegas, NV 89108

Telephone Number 725-248-1937

Fax Number *(if you have one)* _____

E-mail Address badams1273@yahoo.com

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____



BRANDON ADAMS
2701 N RAINBOW BLVD
# 2095
LAS VEGAS NV 89108

$0.97    US POSTAGE
FIRST-CLASS IMI
Nov 25 2024,
Mailed from ZIP 89108
2 OZ FIRST-CLASS MAIL LETTER RATE

16582122

RECEIVED
DEC - 2 2024

GEORGE V. WYLESOL
EASTERN DISTRICT COURT OF PENNSYLVANIA
601 MARKET ST
PHILADELPHIA PA 19106-1732

Shipped using PostalMate®
Pkg:73797

endicia